137 A.3d 530

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WILLIAM HAAS, DEFENDANT–APPELLANT.

April 13, 2016.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.